**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| SARAH WENELL, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:18-cv-00774-NKL |
| CASEY'S GENERAL STORES, INC. | ) ) | |
| And | ) ) | |
| CASEY'S MARKETING COMPANY | ) ) | |
| Defendants. | ) ) | |

## ORDER

The Parties have reached a Settlement Agreement, and Plaintiffs now move this Court for final approval of the Settlement.

The Court preliminarily approved the Settlement Agreement on December 16, 2019 finding that "the Court will likely be able to approve the Settlement Agreement under Rule 23(e)(2)." Doc. 36. The Court conducted a final approval and fairness hearing on April 7, 2020. Having duly considered the Motion and supporting memorandum of law and other materials presented with respect to the Settlement addressing the collective and class claims asserted in the litigation under state and federal wage and hour law, the Court hereby finds that the Settlement is a fair, adequate, and reasonable resolution of a bona fide dispute in contested litigation.

**NOW THEREFORE**, after due deliberation, this Court hereby **ORDERS** that:

1. This Order ("Approval Order") will be binding on the Settlement Class as defined in the Settlement.

2. The Settlement was negotiated at arm's length after lengthy litigation and is fair, reasonable, and adequate; is in the best interests of the Settlement Class; provides adequate relief to the Settlement Class; treats class members equitably; and should be,

and hereby is, approved, especially in the light of the benefits to the class accruing therefrom the discovery, investigation, and litigation conducted by Class Counsel prior to the proposed Settlement, and the complexity, expense, risks and probable protracted duration of further litigation.

3. The Notices of Settlement sent to Class Members via mail and email adequately informed the Class of the terms of the Settlement Agreement, the type of relief available, the process available to them to claim, their right to request exclusion from the Settlement and pursue their own remedies, and their opportunity to submit objections and appear and be heard at the Final Approval Hearing. The Notice of Settlement and Class Notice and Claim Form also adequately informed Opt-in Plaintiffs and Class Members of additional resources available to obtain further information, including the telephone number of Class Counsel and the Settlement Administrator. The Court finds that the Notice of Settlement and Class Notice and Claim Form satisfied the requirements of Rules 23(c)(2)(B) and 23(e)(1).

4. No objections were received, and one class member submitted an exclusion from the settlement.

5. Defendants shall issue payment, via the Settlement Administrator, to all Settling Plaintiffs in accordance with the Settlement Agreement.

6. All members of the Settlement Class shall conclusively be deemed for all purposes to be permanently barred from commencing, prosecuting, or otherwise maintaining in any court or forum any action against Defendants for any Released Claims consistent with the terms of the Settlement Agreement.

7. Plaintiffs' request for service payments to Named Plaintiff, who has adequately represented the Class, is hereby approved, and Defendants shall issue such payments, via the Settlement Administrator, in accordance with the Settlement Agreement.

8. Class Counsel has adequately represented the Class. Their application for an award of attorneys' fees and reimbursement of costs as set forth in the Motion for Final Settlement

Approval is hereby approved, and Defendants shall issue such payment in accordance with the Settlement Agreement.

9. The Settlement Administrator shall be paid separately by Defendants in accordance with the Settlement Agreement.

This litigation is hereby **DISMISSED** with prejudice with respect to participating class members without costs to any party, except to the extent otherwise expressly provided in the Settlement Agreement and as otherwise ordered herein.

It is so **ORDERED** this 7th day of April, 2020.

/s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: April 7, 2020
Jefferson City, Missouri